UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH NELSON,

    Plaintiff,

v.                                       Case No. 5:12cv279/MP/CJK

TERRI TEW, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    On April 3, 2014, the court entered an order advising plaintiff that, based a review of his § 1983 complaint, it was evident that the facts, as presented, failed to support a viable claim against one or more of the named defendants and that plaintiff was precluded from recovering the relief he seeks. *See* doc. 31. The court allowed plaintiff thirty days in which to either file an amended complaint or voluntarily dismiss the action and warned that failure to comply with the order would result in a recommendation that the case be dismissed. After more than thirty days passed and plaintiff failed to comply, the court entered an order directing plaintiff to show cause within fourteen days why the case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. *See* doc. 32. More than fourteen days have passed since the court entered its show cause order and the plaintiff has

failed to respond.  Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 30th day of May, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No. 5:12cv279/MP/CJK

Case No. 5:12cv279/MP/CJK